O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>    v.                           )<br>                                 )<br>FRANCISCO JAVIER VELARDE,        )<br>                                 )<br>           Defendant.            )<br>_____) | SA 07-147M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A.  ( )  On motion of the Government involving an alleged

    1. ( )  crime of violence;

    2. ( )  offense with maximum sentence of life imprisonment or death;

    3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( )  felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (X)   serious risk defendant will flee;

    2. ( )   serious risk defendant will

        a. ( )  obstruct or attempt to obstruct justice;

        b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1 | II.

2 | The Court finds no condition or combination of conditions will reasonable assure:

3 | A. ( X )   appearance of defendant as required; and/or

4 | B. ( ) safety of any person or the community;

5 | III.

6 | The Court has considered:

7 | A. ( x) the nature and circumstances of the offense;

8 | B. (x) the weight of evidence against the defendant;

9 | C. (x) the history and characteristics of the defendant;

10 | D. ( ) the nature and seriousness of the danger to any person or to the community.

11 | IV.

12 | The Court concludes:

13 | A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14 |

15 | B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

16 | **Defendant is undocumented.  He has no ties to the community and no bail**

17 | **resources.**

18 |

19 | C. ( ) A serious risk exists that defendant will:

20 |     1. ( )   obstruct  or  attempt  to  obstruct  justice;

21 |     2. ( )   threaten, injure or intimidate a witness/ juror; because:

22 |

23 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24 |     provided in 18 U.S.C. § 3142 (e).

25 | ///

26 | ///

27 | ///

28 | ///

1       IT IS ORDERED that defendant be detained prior to trial.

2       IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4       IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5  consultation with his counsel.

8  Dated: May 29, 2007

   Marc L. Goldman
   U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**